UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| BASIC ENERGY SERVICES, INC., et al | § | Civil Action No. 4:24-cv-00213 |
|    Debtor | § | |
| | § | Bankruptcy Case No. 23adv3208 |
| PPC Energy, LP and Priest Petroleum Corporation | § | |
|    Appellant | § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 1/18/2024. The designation of the record was due on 2/1/2024. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

☐ The filing fee has not been paid.

☒ The record has not been designated.

☐ The record designated by the appellant includes transcripts that have not been ordered.

☐ The appellant has not arranged to pay for the transcripts designated.

Date: February 7, 2024

Nathan Ochsner, Clerk of Court
H. Lerma
Deputy Clerk