UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| BASIC ENERGY SERVICES, INC., et al | § | Civil Action No.  24-cv-00213 |
|     Debtor | § | |
| | § | Bankruptcy Case No.  23adv3208 |
| PPC Energy, LP and Priest Petroleum Corporation | § | |
|     Appellant | § | |

# Record Transmitted

The bankruptcy clerk has transmitted the record for this appeal to the district court. *See* Fed. R. Bankr. P. 8010 (b). Unless the district court orders otherwise, the following deadlines apply. *See* Fed. R. Bankr. P. 8018.

1. The appellant's brief must be filed within 30 days after entry of this notice.

2. The appellee's brief must be filed within 30 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument.

Date: June 12, 2024

Nathan Ochsner, Clerk of Court
H. Lerma
Deputy Clerk
